UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FOX,<br>　　　　Plaintiff,<br>　　v.<br>WELLS FARGO BANK,<br>　　　　Defendant. | Case No. 17-cv-01996-DMR<br><br>**ORDER TO SHOW CAUSE** |

On May 22, 2017, the parties filed a notice of settlement, after which the court granted the parties' stipulation to stay the action and vacate an upcoming hearing. [Docket No. 16, 18.] On July 3, 2017, the court ordered the parties to file a joint request for dismissal or joint status report by July 31, 2017. [Docket No. 24.] No such request for dismissal or status report was filed; instead, Defendant Wells Fargo Bank filed a unilateral status report. [Docket No. 25.] Therefore, on August 1, 2017, the court issued a Clerk's Notice directing Plaintiff to file a status report by August 2, 2017. [Docket No. 26.] Plaintiff did not file a status report. Accordingly, the court orders Plaintiff to respond by August 11, 2017 and explain why she should not be sanctioned for failing to comply with a court order and why this matter should not be dismissed for failure to prosecute. Failure to respond by August 11, 2017 may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: August 9, 2017

_____
Donna M. Ryu
United States Magistrate Judge

